UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT TORRES, JR., | ) |
| | ) |
| Plaintiff, | ) Case 2:19-cv-00606-WBS-AC |
| | ) |
| v. | ) **ORDER GRANTING STIPULATION** |
| | ) **TO EXTEND TIME TO RESPOND TO** |
| MEN'S WEARHOUSE, INC.; | ) **COMPLAINT** |
| TAILORED BRANDS, INC; and | ) |
| CPT CREEKSIDE TOWN CENTER, LLC | ) Action Filed April 8, 2019 |
| | ) |
| Defendants. | ) |
| | ) |

IT IS SO ORDERED that, for good cause show, the joint stipulation for extension of time for CPT Creekside Town Center, LLC to respond to Plaintiff's Complaint to and including July 11, 2019 is hereby GRANTED.

Dated: June 24, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER

1485659.1