1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:   510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  ALBERT TORRES, JR

7  *Defense counsel listed after caption

8                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
9

10  ALBERT TORRES, JR.,                 CASE NO. 2:19-cv-00606-WBS-AC
                                        <u>Civil Rights</u>
11         Plaintiff,
                                        **STIPULATION AND [**~~PROPOSED~~**]
12                                      ORDER TO EXTEND DEADLINE FOR
                v.                      DISMISSAL**
13
    MEN'S WEAHOUSE, INC.;
14  TAILORED BRANDS, INC; and
    CPT CREEKSIDE TOWN CENTER,
15  LLC,

16         Defendants.

17  CAROTHERS DISANTE & FREUDENBERGER LLP
       Nicole A. Legrottaglie, State Bar No. 271416
18     nlegrittaglie@cdflaborlaw.com
    900 University Avenue, Suite 200
19  Sacramento, California 95825
    Telephone: 916-361-0991
20  Fax:  916-570-1958

21  VORYS, SATER, SEYMOUR AND PEASE LLP
    George L. Stevens, Ohio Bar No. 0092609 (*Pro hac vice* application to be filed)
22  glstevens@vorys.com
    52 East Gay Street
23  Columbus, Ohio  43215
    Telephone: 614-464-6328
24  Fax: 614-464-4678

25  Attorneys for Defendants
    MEN'S WEAHOUSE, INC.;
26  TAILORED BRANDS, INC; and
    CPT CREEKSIDE TOWN CENTER, LLC
27

28

- 1 -

| | |
|---|---|
| 1 | By and through their attorneys of record, Plaintiff ALBERT TORRES, JR. (Plaintiff) and |
| 2 | Defendants MEN'S WEAHOUSE, INC.; TAILORED BRANDS, INC; and CPT CREEKSIDE |
| 3 | TOWN CENTER, LLC (Defendants) hereby stipulate and request that the court continued the |
| 4 | deadline for the parties to file their dispositional documents until August 30, 2019. This request |
| 5 | is based on the following good cause: |

1. The Parties have agreed to the terms of the settlement in this matter, and Plaintiff filed a Notice of Settlement on July 22, 2019.
2. The Parties finalized the language and form of the settlement documents on August 9, 2019, and the documents were circulated for signature at that time.
3. The Parties are waiting for one signature from Defendants on the Consent Decree as to injunctive relief before they can file it with the Court.
4. The consideration for the settlement is scheduled to be effectuated on August 27, 2019.

Based on the foregoing, the parties jointly stipulate and request that the Court continue the deadline to file dispositional documents to August 30, 2019.

Dated: August 26, 2019                REIN & CLEFTON

                                                                                                   _/s/ Aaron Clefton_
By AARON CLEFTON, Esq.
Attorneys for Plaintiff
ALBERT TORRES, JR

Dated:  August 26, 2019                CAROTHERS DISANTE & FREUDENBERGER LLP

                                                                    _/s/ Nicole A. Legrottaglie_
By: NICOLE A. LEGROTTAGLIE, Esq.
Attorneys for Defendants,
TAILORED BRANDS, INC.;
MEN'S WEARHOUSE, INC.; and CPT CREEKSIDE TOWN CENTER, LLC

1 **ORDER**

2     Pursuant to the parties' stipulation, it is hereby ordered that the deadline to file

3 dispositional documents in this matter shall be continued until August 30, 2019. The

4 Scheduling Conference is continued to **September 16, 2019 at 1:30 p.m.**

5 **IT IS SO ORDERED.**

6 Dated: August 26, 2019

7                                     WILLIAM B. SHUBB

8                                     UNITED STATES DISTRICT JUDGE