1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:   510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  ALBERT TORRES, JR

7  *Defense counsel listed after caption

8                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
9

10 ALBERT TORRES, JR.,                 CASE NO. 2:19-cv-00606-WBS-AC
                                       <u>Civil Rights</u>
11      Plaintiff,
                                       **STIPULATION AND [PROPOSED]**
12      v.                             **ORDER FOR DISMISSAL OF ACTION**
                                       **WITH PREJUDICE**
13
   MEN'S WEARHOUSE, INC.;
14 TAILORED BRANDS, INC; and
   CPT CREEKSIDE TOWN CENTER,
15 LLC,

16      Defendants.

17 CAROTHERS DISANTE & FREUDENBERGER LLP
       Nicole A. Legrottaglie, State Bar No. 271416
18     nlegrottaglie@cdflaborlaw.com
   900 University Avenue, Suite 200
19 Sacramento, California 95825
   Telephone: 916-361-0991
20

21 VORYS, SATER, SEYMOUR AND PEASE LLP
   George L. Stevens, Ohio Bar No. 0092609 (*Pro hac vice* application to be filed)
22 glstevens@vorys.com
   52 East Gay Street
23 Columbus, Ohio  43215
   Telephone: 614-464-6328
24 Fax: 614-464-4678

25 Attorneys for Defendants
   MEN'S WEARHOUSE, INC.;
26 TAILORED BRANDS, INC; and
   CPT CREEKSIDE TOWN CENTER, LLC
27

28

- 1 -

1  Plaintiff ALBERT TORRES, JR. (Plaintiff) and Defendants MEN'S WEARHOUSE, INC.; TAILORED BRANDS, INC; and CPT CREEKSIDE TOWN CENTER, LLC (Defendants hereby stipulate and request, pursuant to FRCP Rule 41(a)(2), that the Court dismiss all of Plaintiff's claims in this action against Defendants with prejudice.

Dated: August 29, 2019              REIN & CLEFTON

                                    _____/s/ Aaron Clefton_____
                                    By AARON CLEFTON, Esq.
                                    Attorneys for Plaintiff
                                    ALBERT TORRES, JR

Dated:  August 29, 2019             CAROTHERS DISANTE &
                                    FREUDENBERGER LLP


                                    _____/s/ Nicole A. Legrottaglie_____
                                    By: NICOLE A. LEGROTTAGLIE, Esq.
                                    Attorneys for Defendants,
                                    TAILORED BRANDS, INC.;
                                    MEN'S WEARHOUSE, INC.; and CPT
                                    CREEKSIDE TOWN CENTER, LLC


**ORDER**

Pursuant to the Parties' stipulation, and for Good Cause shown, the Court dismisses Plaintiff's claims in this action with prejudice.

**IT IS SO ORDERED.**

Dated:  August 30, 2019

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE